# United States Court of Appeals
## For the First Circuit

No. 19-1389

THOMAS FRANCHINI,

Plaintiff, Appellee,

v.

INVESTOR'S BUSINESS DAILY, INC., d/b/a Investor's Business
Daily,

Defendant, Appellant,

and

BANGOR PUBLISHING COMPANY, INC., d/b/a Bangor Daily News; MEG
HASKELL; EDWARD MURPHY; GANNETT COMPANY, INC., d/b/a USA Today;
DONOVAN SLACK; SALLY PIPES; MTM ACQUISITION, INC., d/b/a
Portland Press Herald,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on November 13, 2020, is
amended as follows:

On page 5, line 16 replace the word "are" with "a" before the
phrase "foreword by Milton Friedman."